In re MICROSOFT CORPORATION
ANTITRUST LITIGATION.

SUN MICROSYSTEMS, a Delaware
corporation, Plaintiff–Appellee,

v.

Microsoft Corporation, a Washington
corporation, Defendant–
Appellant.

Wildtangent, Incorporated, Amicus
Supporting Appellant.

No. 03–1116.

Nos. CA–02–2739–JFM,
CA–00–1332–MDL.

United States Court of Appeals,
Fourth Circuit.

Feb. 3, 2003.

John Bucher Isbister, Tydings & Rosenberg, James Patrick Ulwick, Kramon & Graham, Baltimore, MD, Lloyd R. Day, Jr., James Richard Batchelder, Robert M. Galvin, Day, Casebeer, Batchelder & Madrid LLP, Cupertino, CA, for Plaintiff–Appellee.

Michael Francis Brockmeyer, Piper Rudnick, LLP, Baltimore, MD, David Bruce Tulchin, Steven Lyon Holley, Sullivan & Cromwell, New York, NY, Matthew L. Larrabee, Darryl Snider, A. Mari Mazour, Heller, Ehrman, White & McAuliffe LLP, San Francisco, CA, for Defendant–Appellant.

198

Kenneth C. Bass, III, Sterne, Kessler, Goldstein & Fox, PLLC, Washington, DC, for Amicus Supporting Appellant.

### ORDER

Appellant has filed motions for stay pending appeal, to expedite appeal, and to file a deferred appendix. Appellee has filed a response in opposition to the motion for stay pending appeal, and a response consenting to the motion to expedite and to file a deferred appendix.

Potential intervenor, WildTangent, Inc., has filed a motion for leave to intervene, consented to by appellant. Appellee filed a response in opposition.

The Court grants the motions for stay, to expedite, and to file a deferred appendix. The Court denies the motion for leave to intervene; however, the papers filed by WildTangent, Inc., will be accepted as a brief amicus curiae.